Russell Kelly
Russell Kelly 6060 Cartier Avenue, N.O.,
LA 70122
Jul 20, 2017 at 10:18:23 AM
vrobinson@fdic.gov

As per our conversation on Tuesday, I will be faxing you the said documents for your legal department in about an hour.  Thanks

FDICLetter5_8_17.docx

EXHIBITS

1